[No. 14222-4-I. Division One. September 2, 1986.]

KEITH MILTON RHINEHART, ET AL, *Plaintiffs*, WILLIAM R. POWERS, ET AL, *Appellants*, v. KIRO, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-16020-4, Frank H. Roberts, Jr., J., entered December 16, 1983. *Affirmed* by unpublished opin-

ion per Grosse, J., concurred in by Williams and Coleman, JJ.